AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 01, 2021

SEAN F. McAVOY, CLERK

BRANDON KEITH HUTCHINSON,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| NO NAMED RESPONDENT, | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   2:21-cv-00121-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to comply with the in forma pauperis or filing
fee requirements set forth in Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts.
Judgment of Dismissal Without Prejudice is entered.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   SALVADOR MENDOZA, JR. _____

Date:   06/01/2021 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Allison Yates _____
*(By) Deputy Clerk*

Allison Yates _____